UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH SANDLIN,

  Plaintiff,

-vs-                                              CASE NO.:  8:17-CV-02224-EAK-TBM

CHARTER COMMUNICATIONS, INC.,
and ETAN INDUSTRIES, LLC,

  Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Deborah Sandlin, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 31st day of May, 2018, via electronic mail to: Sangeeta P. Spengler, Esquire, 201 North Armenia Avenue, Tampa, Florida 33609-2303 (SPSpengler@gsgfirm.com) and Andrew J. Collinson, Esquire, 100 South Ashley Drive, Suite 500, Tampa, Florida 33602 (ACollinson@hinshawlaw.com).

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*