UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH SANDLIN,

  Plaintiff,                                     CASE NO.: 8:17-CV-02224-EAK-TBM

-vs-

CHARTER COMMUNICATIONS, INC. and
ETAN INDUSTRIES, LLC,

  Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Deborah Sandlin, and the Defendants, Charter Communications, Inc., and Etan Industries, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above-styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of June, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */sAndrew J.J. Collinson, Esquire* |
| Frank H. Kerney, III, Esquire | Ruel W. Smith, Esquire |
| Florida Bar #: 88672 | Florida Bar #: 36548 |
| Morgan & Morgan, Tampa, P.A. | Andrew J.J. Collinson, Esquire |
| One Tampa City Center | Florida Bar #: 55552 |
| 201 North Franklin Street, 7th Floor | Hinshaw & Culbertson, LLP |
| Tampa, FL 33602 | 100 South Ashley Drive, Suite 500 |
| Telephone: (813) 223-5505 | Tampa, FL 33602-5301 |
| Facsimile: (813) 223-5402 | Telephone: (813) 868-8831 |
| fkerney@forthepeople.com | Facsimile: (813) 276-1956 |
| jkneeland@forthepeople.com | RSmith@hinshawlaw.com |
| snazario@forthepeople.com | MMorales@hinshawlaw.com |
| *Counsel for Plaintiff* | *Counsel for Etan Industries, Inc.* |

/s/*Sangeeta Spengler, Esquire*
Sangeeta Spengler, Esquire
Florida Bar #: 186864
Golden Scaz Gagain, PLLC
201 N. Armenia Avenue
Tampa, FL 33609
Telephone: (813) 251-5500
Facsimile:  (813) 251-3675
spspengler@gsgfirm.com
*Counsel for Charter Communications, Inc.*